```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| WILLIAM SHOCKLEY, | : | CIVIL ACTION NO. 06-243 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| BRIGHTIDEA, INC., | : |  |
| Defendant. | : |  |

**THE COURT** having issued an order to show cause why the action should not be transferred to United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 (dkt. entry no. 4); and the Court being advised by the plaintiff's counsel that the dispute herein is in the process of being settled (3-15-06 Telephone Call); and thus the Court intending to (1) vacate the order to show cause without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and the Court advising the parties that, even though the action will be marked as closed, they may protect their interests by submitting a proposed order concerning the settlement; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                      s/ Mary L. Cooper
                                                    **MARY L. COOPER**
                                                    United States District Judge